UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF PETER AND AMANDA FORD, OWNERS OF AN UNNAMED 22-FOOT 1963 PEARSON ENSIGN, VESSEL REGISTRATION NO. WN 5428JD, FOR EXONERATION FROM OR LIMITATION OF LIABILITY. | IN ADMIRALTY<br><br>Civil Action No. 2:15-cv-01609-RSL<br><br>ORDER GRANTING FORDS' MOTION FOR DISBURSEMENT OF REGISTRY FUNDS<br><br>**Clerk's Action Required** |

The Court, having reviewed Fords' Motion for Disbursement of Registry Funds, and the record to date, hereby finds and orders:

1. Fords' Motion is GRANTED;

2. The Clerk is hereby authorized and directed to draw a check(s) on the funds deposited in the registry of the court in the principal amount of $1,560.00 plus all accrued interest, minus any statutory users fees, payable to Heller Wiegenstein PLLC Trust Account, and mail or deliver the check(s) to John H. Wiegenstein, Heller Wiegenstein PLC, 17791 Fjord Drive NE, Suite 126, Poulsbo, WA 98370-8430.

ORDER GRANTING FORDS' MOTION FOR DISBURSEMENT OF REGISTRY FUNDS - 1

HELLER WIEGENSTEIN PLLC
17791 FJORD DR NE, SUITE 126
POULSBO, WA 98370-8430
(360) 930-8609
(888) 363-4977 FAX

1     DATED this 17th day of August, 2017.

2

3

4                            */s/ Robert S. Lasnik*

5                UNITED STATES DISTRICT COURT JUDGE
               ROBERT S. LASNIK

6

7 Presented by:

8 HELLER WIEGENSTEIN PLLC

9 */s/John H. Wiegenstein*
John H. Wiegenstein, WSBA #21201
10 HELLER WIEGENSTEIN PLLC
Attorneys for Limitation Plaintiffs Ford
11 17791 Fjord Drive NE, Suite 126
Poulsbo, WA 98370-8430
12 Tel: (360) 930-8609
Fax: (888) 363-4977
13 johnw@hellerwiegenstein.com

ORDER GRANTING FORDS' MOTION FOR DISBURSEMENT OF REGISTRY FUNDS - 2

HELLER WIEGENSTEIN PLLC
17791 FJORD DR NE, SUITE 126
POULSBO, WA 98370-8430
(360) 930-8609
(888) 363-4977 FAX